UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of K&N INDUSTRIAL EQUIPMENT, a division of K&N ELECTRIC MOTORS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIX CORPORATION, a Washington corporation; NORTH AMERICAN SPECIALTY INSURANCE COMPANY (Bond No. 2131687), a New Hampshire corporation,<br><br>Defendants. | NO:  2:14-CV-0075-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the Stipulated Motion to Dismiss with Prejudice (ECF No. 16).  The parties represent that this matter has been resolved by a settlement and request it be dismissed with prejudice and without fees and costs to either party.

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice (ECF No. 16) is **GRANTED**.

2. The Order Staying this case (ECF No. 12) is **VACATED**.

3. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties stipulated motion, this matter is **DISMISSED** with prejudice and without fees and costs to either party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 10, 2017.



THOMAS O. RICE
Chief United States District Judge